542

Argued September 21, 1976.   Ambrose R. Campana, with him Campana & Campana, for appellant;   Charles J. McKelvey, with him McNerney, Page, Vanderlin & Hall, for appellee.

Judgment affirmed.

371 A.2d 516

Figures et al., Appellants, v. Levitan et al.

Argued September 13, 1976.   Allen L. Feingold, with him Louis E. Slawe, for appellants;   Edward R. Murphy, with him Marshall, Dennehey & Warner, for appellees.

Order affirmed.

371 A.2d 516

Gill v. Gill, Appellant.

Argued September 20, 1976.   John H. Gill, in propria persona, submitted a brief for appellant;  Phillip H. Baer, for appellee.

OPINION PER CURIAM:  Order and decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.

371 A.2d 517
Gill v. Gill, Appellant.

Argued September 16, 1976.   John H. Gill, appellant, in propria persona;  Phillip H. Baer, for appellee.

Order affirmed.

371 A.2d 517
Government Employees Insurance Company,
Appellant, v. Eley.